Order Entered April 8, 2009:

On order of the Court, leave to appeal having been granted, and the briefs and oral arguments of the parties having been considered by the Court, we hereby affirm the judgment of the Court of Appeals. For the reasons stated in the Court of Appeals judgment, the trial court committed clear error in finding that the Department of Human Services presented clear and convincing evidence in support of the statutory grounds for terminating the respondent-mother’s parental rights. The trial court also committed plain error, People v Carines, 460 Mich 750, 763 (1999), in failing to adequately advise the respondent of her right to counsel throughout the proceedings, in failing to timely appoint counsel in violation of MCL 712A.17c(4) and (5), MCR 3.915(B)(1), MCR 3.965(B)(5), and MCR 3.974(B)(3)(a)(i), and in failing to advise the respondent that her plea could later be used in a proceeding to terminate parental rights in violation of MCR 3.917(B)(4). These statutory and *929 court rule violations compounded the errors committed by the trial court in terminating the respondent’s parental rights under the factors of MCL 712A.19b(3). Accordingly, we remand this case to the trial court for proceedings not inconsistent with this order. Court of Appeals No. 282765.